BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare St.
Fresno, CA 93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-176-AWI-DLB |
| Plaintiff, | |
| v. | **APPLICATION AND ORDER TO UNSEAL THE INDICTMENT AND SUPERSEDING INDICTMENT, BUT NOT THE COMPLAINT** |
| ISRAEL PEREZ, A.K.A. MANUEL VELASQUEZ, JORGE MEJIA, A.K.A. "GORDO," AND DIEGO RAMIREZ, A.K.A. DANIEL FERREIRA, A.K.A. "BEBE," | |
| Defendants. | |

The United States of America hereby applies for an order unsealing the indictment and superseding indictment in the above-captioned case as there no longer remains a need for the entire case to be under seal. However, the Complaint against Defendant Diego Ramirez (Case No. 1:12-mj-134-GSA) must remain SEALED for the reason(s) in the Court's order sealing said complaint. A redacted copy of the complaint has been provided to counsel for Diego Ramirez.

BENJAMIN B. WAGNER
United States Attorney

DATED: <u>July 13, 2012</u>     By:    /s/ Yasin Mohammad
                                    YASIN MOHAMMAD
                                    Assistant U.S. Attorney

1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:12-CR-176-AWI-DLB |
| Plaintiff, | )<br>)<br>) | **ORDER UNSEALING THE INDICTMENT AND SUPERSEDING INDICTMENT, BUT NOT THE COMPLAINT** |
| v. | )<br>) | |
| ISRAEL PEREZ, A.K.A.<br>MANUEL VELASQUEZ,<br>JORGE MEJIA, A.K.A. "GORDO," AND<br>DIEGO RAMIREZ, A.K.A. DANIEL<br>FERREIRA, A.K.A. "BEBE," | )<br>)<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

IT IS HEREBY ORDERED THAT the indictment and superseding indictment in the above-captioned case be UNSEALED as there no longer remains a need for the entire case to be under seal. However, the Complaint against Defendant Diego Ramirez (Case No. 1:12-mj-134-GSA) shall remain SEALED for the reason(s) in the Court's order sealing said complaint.

IT IS SO ORDERED.

Dated: __July 16, 2012__        /s/ *Dennis L. Beck*
                                UNITED STATES MAGISTRATE JUDGE